UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLILINGUA LIMITED, derivatively on behalf of UiPATH, INC.,<br><br>             Plaintiff,<br><br>  - against -<br><br>DANIEL DINES, ASHIM GUPTA, PHILIPPE BOTTERRI, CARL ESCHENBACH, MICHAEL GORDON, DANIEL SPRINGER, LAELA STURDY, JENNIFER TEJADA, and RICHARD P. WONG,<br><br>             Defendants,<br><br>  - and -<br><br>UiPATH, INC.<br><br>             Nominal Defendant. | No. 1:23-cv-08810-CLP |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND 23.1(c)**

       Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c) and Local Rule 23.1, Plaintiff Polilingua Limited ("Plaintiff"), nominal defendant UiPath, Inc. ("UiPath"), and defendants Daniel Dines, Ashim Gupta, Philippe Botteri, Carl Eschenbach, Michael Gordon, Daniel D. Springer, Laela Sturdy, Jennifer Tejada, and Richard P. Wong (collectively, and with UiPath, "Defendants," and with Plaintiff, the "Parties"), hereby stipulate that this action be dismissed without prejudice as to all claims and causes of action, with each party bearing that party's own attorneys' fees and costs.

Defendants have not answered, moved to dismiss, or otherwise responded to the complaint nor moved for summary judgment, and dismissal under Fed. R. Civ. P. 41(a) is, therefore, appropriate;

If this dismissal is granted, UiPath will provide notice to shareholders of the dismissal of the Action in its next Form 10-Q filed with the U.S. Securities and Exchange Commission in the same manner that shareholders were previously notified of the pendency of the Action;

Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or Plaintiff's attorneys, and no promise to give any such compensation has been made; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or UiPath shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by their undersigned counsel, that:

1. The Action is DISMISSED without prejudice.

2. Plaintiff and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the Action; and

3. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

Dated: December 17, 2024                              Respectfully submitted,

                                        **THE BROWN LAW FIRM, P.C.**

                                        */s/ Timothy Brown*
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

*Attorneys for Plaintiff*

**DAVIS POLK & WARDWELL LLP**

*/s/ Edmund Polubinski*
Edmund Polubinski
Patrick Blakemore
Marie Killmond
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5666
edmund.polubinski@davispolk.com
patrick.blakemore@davispolk.com
marie.killmond@davispolk.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Cheryl L. Pollak
United States Magistrate Judge

3